IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTONIO LUNA                                                                                          PLAINTIFF

v.                                    Case No. 4:22-cv-4083

ROBERT GENTRY, *et al.*                                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 21, 2023, by Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice for failure to comply with the Court's local rules and orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*.  Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge